# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION


TERRELL D. GARRETT                                         Case No. 15-01715-JMC-13
and ROBIN L. GARRETT,
    Debtors.

## DEBTORS' OBJECTION TO PROOF OF CLAIM AND
## NOTICE OF RESPONSE DEADLINE

    TO:    Springleaf Financial Services of Indiana, Inc.

    Pursuant to F.R.B.P. 3007, the undersigned respectfully objects to the Proof of Claim filed in the above-entitled case by Springleaf Financial Services of Indiana, Inc., which is claim number (4) on the Claims Register maintained by the Clerk of the Court. The grounds for this objection are as follows:

1. The collateral alleged to secure the loan to Debtors is of a non-purchase money security nature.
2. The Creditor has grossly overvalued the "value of property" in asserting the amount of secured claim.
3. The Creditor seeks interest that is contrary to *Till v. SCS Credit Corp.,* 541 U.S. 465, 124 S.Ct. 1951, 158 L.Ed.2d 787 (2004) and 11 U.S.C. § § 1129, 1173, 1225, and 1228.

**NOTICE IS GIVEN** that any response must be filed with the Bankruptcy Clerk within 30 days from date of service [or such other time period as may be permitted by Fed.R.Bankr.P. 9006(f)]. Those not required or not permitted to file electronically must deliver any response by U.S. mail, courier, overnight/express mail, or in person at:

United States Bankruptcy Clerk
116 U.S. Courthouse
46 East Ohio St
Indianapolis, IN 46204

The responding party must ensure delivery of the response to the party filing the objection. If a response is NOT timely filed, the requested relief may be granted. If a response is filed, a hearing will be set at a later date, and all parties will receive a notice of that hearing.

    WHEREFORE, the Debtors move the Court for an order disallowing the aforementioned claim as submitted.

**/s/ TERRELL D. GARRETT**                    Dated: April 2, 2015
Terrell G. Garrett

**/s/ ROBIN L. GARRETT**
Robin L. Garrett

**/s/Chad D. Wuertz**
Chad D. Wuertz, #26656-49
Attorney for Debtor(s)
Wuertz Law Office, LLC
22 East Washington Street, Ste. 210
Indianapolis, IN 46204
Office: (317) 423-1200
Fax: (317) 423-1202
E-mail: chad@wuertzlaw.com

**CERTIFICATE OF SERVICE**

I certify a true and correct copy of the foregoing Objection to Proof of Claim was served via either U.S. Mail, postage paid, or ELECTRONICALLY on the Office of NANCY GARGULA, U.S. Trustee, 101 W. Ohio Street, Indianapolis, IN. 46204; Chapter 13 Trustee; Springleaf Financial Services of Indiana, Inc. (either electronically on this creditor or by U.S. mail, postage prepaid), this **2ⁿᵈ day of April, 2015.**

**/s/Chad D. Wuertz**
Chad D. Wuertz
Attorney for Debtor(s)